UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| DUNKIN' DONUTS FRANCHISED RESTAURANTS LLC, a Delaware Limited Liability Company, and DD IP HOLDER LLC, a Delaware Limited Liability Company, Plaintiffs, v. ABM DONUTS, INC., a Rhode Island Corporation, and MARIO MORGADO, a Rhode Island Resident, Defendants. | C.A. No. 11-270 S |

## ORDER

William E. Smith, United States District Judge.

Magistrate Judge David L. Martin filed a Report and Recommendation (R&R) on October 4, 2011 (ECF No. 32), recommending that the Court grant Plaintiffs' motion for a preliminary injunction (ECF No. 33) and enter Plaintiffs' proposed order. Having heard no objections and having carefully reviewed the filings and R&R, the Court accepts the R&R. The preliminary injunction will be entered separately.

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 12/1/11